**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 20, 2019.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-19-00304-CR

**NESSKEN MARTINEZ ALVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 2185902**

## MEMORANDUM OPINION

Both appellant Nessken Martinez Alvarez and his attorney have signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court

to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Christopher, Spain, and Poissant.

Do Not Publish – Tex. R. App. P. 47.2(b)